UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| OLEXI SHUTKO, | § § § |
| Plaintiff, | § § Case Number 4:15-cv-3225 |
| vs. | § § |
| MMM FREIGHT CORP. | § § § |
| Defendant. | § |

## Notice of Dismissal

The Plaintiff, Olexi Shutko, notifies the Honorable Court of dismissing his action with prejudice pursuant to Rule 41(a)(1)(A)(i), Fed.R.Civ.P.

Respectfully submitted this 5th day of January 2016,

/s/ *Bernard R. Mazaheri*
Bernard R. Mazaheri
Texas Bar Number 24066628
Morgan & Morgan
20 N Orange Ave Ste 1600
Orlando, FL 32801
Tel – (407)420-1414
Email – BMazaheri@forthepeople.com

Attorney for Plaintiff